**OSBORN MALEDON**
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2794

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone   602.640.9000
Facsimile   602.640.9050

1  David B. Rosenbaum, Bar No. 009819
2  Maureen Beyers, Bar No. 017134
   Osborn Maledon, P.A.
   2929 North Central Avenue
3  Phoenix, Arizona 85012
   Telephone:  602-640-9305
4  Facsimile:  602-640-9050
   Email: drosenbaum@omlaw.com
5         mbeyers@omlaw.com

6  Boris Feldman, (Admitted *Pro Hac Vice*)
   Ignacio E. Salceda, (Admitted *Pro Hac Vice*)
7  Aravind Swaminathan, (Admitted *Pro Hac Vice*)
   Wilson Sonsini Goodrich & Rosati
8  650 Page Mill Road
   Palo Alto, CA  94304
9  Telephone:  650-493-9300
   Facsimile:  650-493-6811
10 Email: boris.feldman@wsgr.com
          isalceda@wsgr.com
11        aswaminathan@wsgr.com

12 Attorneys for Defendant Limelight Networks, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re LIMELIGHT NETWORKS, INC. SECURITIES LITIGATION _____ This Document Relates to: All Actions. _____ | Master File No. CV07-01603-PHX-SRB <u>CLASS ACTION</u> **CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Limelight Networks, Inc. in compliance with the provisions of: *(check one)*

☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☒ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

                         Relationship

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

                         Relationship

☐ Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein**.

DATED this 11th day of January, 2008.

                              OSBORN MALEDON, P.A.

                      By  /s/ Maureen Beyers
                          David B. Rosenbaum
                          Maureen Beyers
                          2929 North Central Avenue
                          Phoenix, Arizona 85012

                          Boris Feldman, (Admitted *Pro Hac Vice*)
                          Ignacio E. Salceda, (Admitted *Pro Hac Vice*)
                          Aravind Swaminathan, (Admitted *Pro Hac Vice*)
                          Wilson Sonsini Goodrich & Rosati
                          650 Page Mill Road
                          Palo Alto, CA 94304

                          Attorneys for Defendant Limelight Networks, Inc.

A copy of the foregoing was electronically transmitted using
the CM/ECF System for filing and transmittal of
a Notice of Electronic filing to the following CM/ECF
registrants this 11th day of January, 2008, to:

- **Jeremy James Christian**      jjc@tblaw.com
- **Mark S Danek**      mdanek@sbtklaw.com
- **Alan I Ellman**      aellman@labaton.com
- **Alan S Goudiss**      agoudiss@shearman.com
- **Deborah R Gross**      debbie@bernardmgross.com
- **Laurence Jesse Hasson**      hasson@whafh.com
- **Richard Glenn Himelrick**      rgh@tblaw.com
- **Roy L Jacobs**      rljacobs@pipeline.com
- **Christopher J Keller**      ckeller@labaton.com
- **Jeffrey Alan Klafter**      jak@klafterolsen.com
- **Christopher L Nelson**      cnelson@sbtklaw.com
- **Gregory Mark Nespole**      nespole@whafh.com
- **Andrei V Rado**      arado@labaton.com
- **Darren J Robbins**      E_File_SD@csgrr.com
- **Samuel H Rudman**      srudman@lerachlaw.com
- **Katharine M Ryan**      kryan@sbtklaw.com
- **Ignacio Evaristo Salceda**      isalceda@wsgr.com

- **Ira A Schochet**           ischochet@labaton.com
- **Aravind Swaminathan**      aswaminathan@wsgr.com

A copy of the foregoing was mailed to the following who are not registered participants of the CM/ECF System this 11th day of January, 2008, to:

**Phillip C Kim**
The Rosen Law Firm PA
350 5th Ave
Ste 5508
New York, NY 10118

**Laurence D Paskowitz**
Paskowitz Law Firm PC
60 E 42nd St
Ste 4600
New York, NY 10165

**Laurence Matthew Rosen**
The Rosen Law Firm PA
350 5th Ave
Ste 5508
New York, NY 10118

**David Avi Rosenfeld**
Coughlin Stoia Geller Rudman & Robbins LLP
58 S Service Rd
Ste 200
Melville, NY 11747

/s/ L. Smock

4